UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW JOHN PROUGH, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:23-CV-2182-X-BH |
| DALLAS COUNTY JAIL, et al., | § § § | |
| *Defendants.* | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 16). The Magistrate Judge recommended that this case be dismissed without prejudice under Federal Rules of Civil Procedure 41(b) for failure to prosecute or follow court orders, unless Prough would file the responses to the questionnaire within the objections period. No answers to the questionnaire or objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 8th day of December, 2023.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

2