IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MATTHEW JOHN PROUGH, §
§
Plaintiff, §
§
§    No. 3:23-cv-2182-X
V. §
§
DALLAS COUNTY JAIL, ET AL., §
§
Defendants. §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none,[1] the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 20th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Additionally, to the extent Prough raised a breach of contract claim apparently for breach of the plea agreement, money damages are unavailable for such a situation. *Bitterman v. State*, 195 S.W.3d 777, 779 (Tex. App.—Waco 2006, pet. ref'd) (citing *Bitterman v. State*, 180 S.W.3d 139, 143 (Tex. Crim. App. 2005)).